UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE No. 22-CV-22862-Williams

MIRACLE LIFE FARM LLC, a Florida
limited liability company,

    Plaintiff,

Vs.

HIALEAH TOMATOES AND FRESH
PRODUCE, INC., a Florida corporation;
and JORGE GONZALEZ, an individual,

    Defendants;

EASTERN NATIONAL BANK,

    Garnishee,
_____/

## ANSWER OF GARNISHEE

COMES NOW Garnishee, EASTERN NATIONAL BANK, through its undersigned attorney, and hereby answers the Writ of Garnishment served on January 4, 2023, by Plaintiff in this action, as follows:

1. At the time of this Answer and at the time of the service of the Writ, and at all times between those periods, Garnishee, EASTERN NATIONAL BANK, was not indebted (zero dollars) to Defendant, HIALEAH TOMATOES AND FRESH PRODUCE, INC., for any sum of money because Defendant, HIALEAH TOMATOES AND FRESH PRODUCE, INC have two loans with a principal and interest balance of $3,290,759.43 as of January 4, 2023, that were in default prior to January 4, 2023, pursuant to the terms of the Promissory Notes. Therefore Garnishee, EASTERN NATIONAL BANK claims a set-off for all funds in the two checking accounts of

Defendant, HIALEAH TOMATOES AND FRESH PRODUCE, INC., which contained the aggregate amount of $32,031.79, in both accounts as of the time of filing of this Answer.

2. At the time of this Answer and at the time of the service of the Writ, and at all times between those periods, Garnishee, EASTERN NATIONAL BANK, had no other goods, money, chattels, effects, or other tangible or intangible property of Defendant in its possession or control.

3. Garnishee EASTERN NATIONAL BANK, knows of no person who may be indebted to or who has possession or control of any tangible or intangible personal property of Defendant.

4. Garnishee has retained the undersigned attorneys to represent its interest in this matter and is obligated to pay them reasonable attorneys' fees for their services herein. Garnishee requests the Clerk to disburse the $100.00 attorneys' fee deposited by Plaintiff pursuant to Florida Statute § 77.28, or any larger amount as reasonably expended by the Garnishee pursuant to Florida Statute § 77.28 and demands judgment for all additional costs and attorneys' fees incurred in this proceeding against the party liable.

Respectfully Submitted,

The Law Offices of
Carrillo & Carrillo, P.A.
Attorney for Garnishee
1313 Ponce de Leon Boulevard
Suite 300
Coral Gables, FL 33134
(T): 305-460-6001
(F): 305-460-6002
fcarrillo@carrillolawyers.com
lcarrillo@carrillolawyers.com


  /s/ Felix R. Carrillo
Felix R. Carrillo, Esq.
FLORIDA BAR NO. 957460

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on January 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF, which should automatically serve Karel Suarez, Esq., [ksuarez@legalteamservices.com](mailto:ksuarez@legalteamservices.com), The Legal Team, PLLC, Counsel for Plaintiff/Garnishor, 1815 SW 85th Court, Miami, FL 33155.